PEOPLE *v.* KANE *et al.*

(*Supreme Court, General Term, Second Department.* July 2, 1891.)

1. MALICIOUS MISCHIEF—DESTRUCTION OF PROPERTY—INDICTMENT.
     An indictment which alleges that defendants "unlawfully injured and destroyed a boat, the same being the property of one D., and being of the value of $60, against the form of the statute," etc., is sufficient under Pen. Code N. Y. § 654, providing that "a person who unlawfully and willfully destroys or injures any real or personal property of another, in a case where the punishment thereof is not specially prescribed by statute, is punishable," etc.

2. SAME—DEFENSES—ADVICE OF COUNSEL.
     It is no defense to such indictment that defendants destroyed the boat under the advice of counsel.

Appeal from court of oyer and terminer, Suffolk county.

Henry E. Kane and William Ford were indicted as follows: "The grand jury of the county of Suffolk by this indictment accuse Henry E. Kane and William Ford of the crime of unlawfully and willfully injuring the personal property of another, committed as follows: The said Henry E. Kane and William Ford, now or late of the town of Smithtown, in the county of Suffolk, aforesaid, on the 8th day of July, 1890, at the town and county aforesaid, unlawfully injured and destroyed a boat, the same being the property of one Lewis S. Davis, and being of the value of sixty dollars, against the form of the statute in such case made and provided, and against the peace of the people of the state of New York, and their dignity." From a judgment of conviction defendants appeal.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Livingston Smith*, for appellants. *Benjamin H. Reeve*, for the People.

DYKMAN, J. The defendants were indicted under section 654 of the Penal Code, which provides as follows: "A person who unlawfully and willfully destroys or injures any real or personal property of another, in a case where the punishment thereof is not specially prescribed by statute, is punishable as follows," etc.; and the indictment stated specifically that the defendants unlawfully injured and destroyed a boat, which was the property of Lewis S. Davis, and being of the value of $60. The defendants were tried and found guilty at a term of the court of sessions in Suffolk county, and this appeal is from such conviction. Our examination of the case leads us to the conclusion that the indictment was properly framed, and contained a criminal offense under the statute. The testimony also sustained the indictment, and proved the defendants guilty of the offense. The claim that the boat was destroyed under advice of counsel constituted no defense to the indictment, and there were no errors committed upon the trial. The conviction should be affirmed. All concur.